UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62713-CIV-SMITH

ALBERTO VENEREO,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, ET AL.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court *sua sponte*. On November 25, 2019, the Court issued its Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statement [DE 4], requiring the parties to file their Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements by January 24, 2020. A review of the record indicates that the parties have not complied, nor sought an extension. Accordingly, it is

**ORDERED** that on or before **February 10, 2020,** the parties shall file their Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements or show cause why they should not be sanctioned for failing to comply with a Court order. Failure to timely respond to this Order may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of January, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record