UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-62713

ALBERTO VENEREO,

       Plaintiff,

v.
HEALTHCARE REVENUE
RECOVERY GROUP, LLC, and
INPHYNET SOUTH BROWARD,
LLC.

       Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, Alberto Venereo, Defendant, Healthcare Revenue Recovery Group, LLC, and Defendant, Inphynet South Broward, LLC by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **21st day of April, 2020.**

| | |
|---|---|
| */s/Jibrael S. Hindi* | */s/ Skohlmyer@shepardfirm.com* |
| Jibrael S. Hindi, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 118259 | Florida Bar No. 110108 |
| jibrael@jibraellaw.com | Skohlmyer@shepardfirm.com |
| Thomas J. Patti , Esquire | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Florida Bar No.: 118377 | 2300 Maitland Center Parkway, Suite 100 |
| tom@jibraellaw.com | Maitland, Florida 32751 |
| The Law Offices of Jibrael S. Hindi | Telephone (407) 622-1772 |
| 110 SE 6th Street, Suite 1744 | Facsimile (407) 622-1884 |
| Fort Lauderdale, Florida 33301 | *Attorneys for Defendant* |

Telephone: 954-907-1136
Facsimile: 855-529-9540
*Attorneys for Plaintiff*

/s/ Paul Herman
Paul Herman, Esq.
Florida Bar No. 405175
paul@consumeradvocatelaw.com
Consumer Advocates Law Group, PLLC
4801 Linton Blvd., Ste. 11A-560
Delray Beach, FL 33445
Telephone: 561-236-8851
Facsimile: 561-431-2352
*Attorneys for Plaintiff*

/s/ John Gaset
John Gaset, Esq.,
Florida Bar No. 98415
john.gaset@dinsmore.com
Dinsmore & Shohl LLP
201 North Franklin Street, Suite 2760
Tampa, FL 33602
Telephone: (813) 543-9822
Facsimile: (813) 543-9849
*Attorneys for Defendant, Inphynet South Broward, LLC*

/s/ Joel A. Brown
Joel A. Brown, Esq.
Florida Bar No.: 66575
joel.brown@friedmanandbrown.com
Friedman & Brown, LLC
3323 NW 55th Street
Fort Lauderdale, Florida 33309
Phone: (954) 966-0111
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on April **21, 2020**, via the Court Clerk's CM/ECF system which will provide notice to the following: Jibrael S. Hindi, Esquire of The Law Offices of Jibrael S. Hindi at jibrael@jibraellaw.com; Paul Herman, Esquire of Consumer Advocates Law Group, PLLC. at paul@consumeradvocatelaw.com; and Joel A. Brown, Esquire of Friedman & Brown, LLC at joel.brown@friedmanandbrown.com *(Attorneys for Plaintiff),* John P. Gaset, Esquire of Dinsmore & Shohl at John.Gaset@Dinsmore.com; jessica.lovins@nelsonmullins.com *(Attorneys for Defendant Inphynet South Broward, LLC)*.

    */s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Rachel M. Ortiz
Florida Bar No. 083842
rortiz@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare*
*Revenue Recovery Group, LLC*